TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00782-CV






Eddie Joe Hamilton; International Home Capital Corp.; Express Equities


Corp. d/b/a First Priority Mortgage; and Kevin Smith, Appellants


v.


Bluebonnet Manufactured Homes, Inc., Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT 

NO. GN200307, HONORABLE PAUL DAVIS, JUDGE PRESIDING 






M E M O R A N D U M O P I N I O N



 Appellants filed an unopposed motion to dismiss their appeal advising that they have
settled their dispute with appellee and no longer desire to pursue this appeal.

 The appeal is dismissed on motion of appellants. Tex. R. App. P. 42.1(a)(2).



 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed: January 30, 2003